1  TRACY L. WILKISON
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
7  Special Assistant United States Attorney
        Social Security Administration
8       160 Spear Street, Suite 800
9       San Francisco, CA 94105
10      Telephone: (510) 970-4861
        Facsimile: (415) 744-0134
11      Email: Jennifer.Tarn@ssa.gov
12 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CHRISTY KLEIN, | ) Case No. 2:21-cv-03618-E |
| Plaintiff, | ) |
| | ) **[PROPOSED]** JUDGMENT |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: 1/27/22

/S/ CHARLES F. EICK
HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE